

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00050-CV

---

MOHAMMMAD QUDDOOS MAHMOOD, APPELLANT

V.

AMANDA SUE SLAHETKA, APPELLEE

---

On Appeal from the County Court at Law No. 1
Williamson County, Texas
Trial Court No. 19-3679-FC1, Honorable Daniel H. Mills, Presiding

---

March 14, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

In September 2022, Appellant, Mohammad Quddoos Mahmood, filed a petition to modify the parent-child relationship.  His attorney later moved to withdraw as counsel and the trial court granted the motion.  Mahmood, now proceeding pro se, appeals from the

trial court's *Order on Motion for Withdrawal of Counsel*.[1]  We dismiss the appeal for want of jurisdiction.

Generally, appellate courts only have jurisdiction over final judgments that dispose of all pending parties and claims.  *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  We have jurisdiction to consider immediate appeals of interlocutory orders only if a statute explicitly provides appellate jurisdiction.  *Stary v. DeBord*, 967 S.W.2d 352, 352–53 (Tex. 1998).  The trial court has not entered a final judgment in this case.  And, an order granting a motion to withdraw of counsel is not an appealable interlocutory order.  *Davis v. Alcatel USA, Inc.*, No. 05-07-00060-CV, 2007 Tex. App. LEXIS 1079, at *1 (Tex. App.—Dallas Feb. 15, 2007, no pet.) (per curiam) (mem. op.) (citing TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)).

By letter of February 8, 2023, we notified Mahmood that it did not appear that a final judgment or appealable order had been issued by the trial court and directed him to show how we have jurisdiction over this appeal.  Mahmood has not filed a response or had any further communication with this Court to date.

Because Mahmood has not presented this Court with a final judgment or appealable order, the appeal is dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

Per Curiam

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.